HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org


Attorneys for Defendant
STEVEN DOMINGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN DOMINGO,<br>  Defendant.<br>_____/ | No.  Cr.S. 15-00165-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Dated:  October 20, 2015<br>Time:   9:15 a.m.<br>Judge:  Hon. John A. Mendez |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOSH SIGAL, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, STEVEN DOMINGO, that the status conference set for Tuesday, September 15, 2015 be continued to Tuesday, October 20, 2015 at 9:15 a.m.

   The reason for this continuance, is to allow defense counsel additional time to discuss a proposed resolution with the government and Mr. Domingo.  Further, the defense is investigating mitigating evidence in this case.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 20, 2015,  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

| | | |
|---|---|---|
| DATED: September 10, 2015 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | /s/ Rachelle Barbour<br>RACHELLE BARBOUR<br>Research and Writing Attorney<br>Attorney for Defendant |
| DATED: September 10, 2015 | | BENJAMIN WAGNER<br>United States Attorney |
| | | /s/ Rachelle Barbour for<br>WILLIAM S. WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including October 20, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).  It is further ordered that the September 15, 2015 status conference shall be continued until October 20, 2015, at 9:15 a.m.

DATED:   September 10, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge

-2-