HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
STEVEN DOMINGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr.S. 15-00165-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| STEVEN DOMINGO, | Dated: December 1, 2015 |
| | Time:   9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOSH SIGAL, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, STEVEN DOMINGO, that the status conference set for Tuesday, October 20, 2015 be continued to Tuesday, December 1, 2015 at 9:15 a.m.

The reason for this continuance, is to allow defense counsel additional time to discuss a proposed resolution with the government and Mr. Domingo.  Further, the defense is investigating mitigating evidence in this case.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 1, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 14, 2015                 HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Research and Writing Attorney
                                        Attorney for Defendant

DATED: October 14, 2015                 BENJAMIN WAGNER
                                        United States Attorney

                                        /s/ Rachelle Barbour for
                                        JOSH SIGAL
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including December 1, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the October 20, 2015 status conference shall be continued until December 1, 2015, at 9:15 a.m.

DATED: October 14, 2015

                                        /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge