HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
STEVEN DOMINGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>STEVEN DOMINGO,<br><br>              Defendant. | No.  Cr. S. 15-0165-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Dated: January 12, 2016<br>Time:   9:15 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, JOSH SIGAL, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, STEVEN DOMINGO, that the status conference set for Tuesday, December 1, 2015 be continued to Tuesday, January 12, 2015 at 9:15 a.m.

   The reason for this continuance, is to allow defense counsel additional time to discuss a proposed resolution with the government and Mr. Domingo.  Further, the defense is investigating mitigating evidence in this case.  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

   //

   //

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 12, 2016,  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  November 20, 2015			HEATHER E. WILLIAMS
						Federal Defender

						/s/ Rachelle Barbour
						RACHELLE BARBOUR
						Research and Writing Attorney
						Attorney for Defendant

DATED:  November 20, 2015			BENJAMIN WAGNER
						United States Attorney

						/s/ Rachelle Barbour for
						JOSH SIGAL
						Assistant U.S. Attorney
						Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including January 12, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).  It is further ordered that the December 1, 2015 status conference shall be continued until January 12, 2016, at 9:15 a.m.

DATED:   November  23, 2015

						 /s/ JOHN A. MENDEZ_____
						HON. JOHN A. MENDEZ
						United States District Court Judge