HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
STEVEN DOMINGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:15-cr-00165-JAM |
| --- | --- | --- |
| Plaintiff, | ) | 2:21-cr-00119-JAM |
| vs. | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| STEVEN DOMINGO, | ) | Date: December 13, 2022 |
| Defendants. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Alstyn Bennett and Assistant Federal Defenders Linda C. Allison, attorney for Steven Domingo that the Sentencing hearing in both cases set for December 13, 2022 be continued to January 31, 2023 at 9:00 a.m.

Defense counsel requests additional time to consult with her client and prepare for sentencing. The Government and Probation do not oppose this request.

Dated: December 9, 2022            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defenders
Attorneys for Defendant
STEVEN DOMINGO

Dated: December 9, 2022	PHILLIP A. TALBERT
	United States Attorney


	*/s/ Alstyn Bennett*
	ALSTYN BENNETT
	Assistant United States Attorney

**ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS HEREBY ORDERED that the Sentencing hearing set for December 13, 2022, at 9:00 a.m. be continued to January 31, 2023 at 9:00 a.m.

Dated:  December 9, 2022                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE