1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700
   Fax: 916-498-5710
5  Linda_Harter@fd.org

6  Attorney for Defendant
   STEVEN DOMINGO
7

   IN THE UNITED STATES DISTRICT COURT
8
   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No:  2:15-cr-00165-JAM
                                       )            2:21-cr-00119-JAM
11          Plaintiff,                 )
                                       )  **STIPULATION AND ORDER**
12  vs.                                )  **TO CONTINUE SENTENCING**
                                       )
13  STEVEN DOMINGO,                    )  Date:  March 7, 2023
                                       )  Time: 9:00 a.m.
14          Defendants.                )  Judge: Hon. John A. Mendez
                                       )
15

16          IT IS HEREBY STIPULATED between the parties through their respective counsel,

17  Assistant United States Attorney Alstyn Bennett and Assistant Federal Defenders Linda C.

18  Allison, attorney for Steven Domingo that the Sentencing hearing in both cases set for March 7,

19  2023 be continued to April 18, 2023 at 9:00 a.m.

20          Counsel for Mr. Domingo requests additional time to consult with her client and to prepare

21  for sentencing. The Government and US Probation do not oppose this request.

22

23  Dated: March 1, 2023                      Respectfully submitted,

24                                            HEATHER E. WILLIAMS
                                              Federal Defender
25
                                              */s/ Linda C. Harter*
26                                            LINDA C. HARTER
                                              Assistant Federal Defenders
27                                            Attorneys for Defendant
                                              STEVEN DOMINGO
28

1

Dated: March 1, 2023                    PHILLIP A. TALBERT
                                        United States Attorney
2

3                                       */s/ Alstyn Bennett*
                                        ALSTYN BENNETT
4                                       Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS HEREBY ORDERED that the Sentencing hearing set for March 7, 2023 at 9:00 a.m. be **CONTINUED** to **April 18, 2023** at **9:00 a.m**.

Dated: March 3, 2023                    /s/ John A. Mendez
_____
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE